**James K. MORRIS, Plaintiff— Appellant,**

v.

**CITY OF FIRCREST; Fircrest Police Department; John Villamor, individually and in his official capacity as a Fircrest police officer, Defendants— Appellees.**

No. 00–36037.

D.C. No. CV–99–05430–FDB.

United States Court of Appeals, Ninth Circuit.

---

Submitted May 9, 2002.*

Decided May 13, 2002.

Appeal from the United States District Court for the Western District of Washington, Franklin D. Burgess, District Judge, Presiding.

Before RYMER, McKEOWN, and GOULD, Circuit Judges.

MEMORANDUM**

James Morris appeals the summary judgment entered against him. We affirm for reasons stated by the district court. Neither the City of Fircrest nor the Fircrest Police Department caused the alleged violation of Morris's constitutional rights. *See City of Canton v. Harris,* 489 U.S. 378, 385, 109 S.Ct. 1197, 103 L.Ed.2d 412 (1989). Officer Villamor is entitled to qualified immunity because he could reasonably have believed that he had probable cause to cite Morris for harassment. *See Saucier v. Katz,* 533 U.S. 194, 200–01, 121 S.Ct. 2151, 150 L.Ed.2d 272 (2001); *Act Up!/Portland v. Bagley,* 988 F.2d 868, 873 (9th Cir.1993).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.